IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEREMY BURNS
ADC # 651973                                                                    PLAINTIFF

V.                        CASE NO. 4:11CV00285 BRW/BD

FAULKNER COUNTY DETENTION CENTER, *et al.*                  DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Burns's claims are DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED this 26th day of April, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE